FILED

**NOT FOR PUBLICATION**

JUN 19 2013

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br> v.<br><br>JOHN EDWARD GIBBONS,<br><br>    Defendant - Appellant. | No. 12-10218<br><br>D.C. No. 2:11-cr-00113-JAT-1<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
James A. Teilborg, District Judge, Presiding

Submitted June 11, 2013[**]
San Francisco, California

Before: O'SCANNLAIN and HURWITZ, Circuit Judges, and PIERSOL, Senior District Judge.[***]

---

 [*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

 [**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

 [***] The Honorable Lawrence L. Piersol, Senior District Judge for the U.S. District Court for the District of South Dakota, sitting by designation.

John Edward Gibbons appeals his convictions following a bench trial of conspiracy to possess with intent to distribute five kilograms or more of cocaine, in violation of 21 U.S.C. § 846, and possession with intent to distribute five kilograms or more of cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(ii). We have jurisdiction under 28 U.S.C. § 1291 and affirm.

The sole issue on appeal is whether the district court erred by denying Gibbons' motion to suppress. This same issue was raised by Gibbons' co-defendant, Lisa Sayamontry. *See United States v. Sayamontry*, No. 12-10153, ___ Fed. Appx. ___, 2013 WL 2632188 (9th Cir. June 13, 2013) (unpublished disposition). For the reasons stated in *Sayamontry*, we hold that the district court correctly denied the motion to suppress.

**AFFIRMED.**